DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALLAN MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3634

_____

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Robin Fuson, Judge.

Howard L. Dimmig, II, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.